IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

KIRT ALLEN MYERS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-933
LT Case Nos. 2019-CF-1026
              2019-CF-1066
              2020-CF-715
              2020-CF-716
              2020-CF-720

Decision filed June 13, 2023

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge

Matthew J. Metz, Public Defender, and
Joshua T. Mosley, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.